# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0737
_____

JOHNNY CARNEGIE,

Appellant,

v.

NORTH FLORIDA EVALUATION
AND TREATMENT CENTER,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Phillip A. Pena, Judge.

October 13, 2025

PER CURIAM.

AFFIRMED.

LEWIS, KELSEY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, and Lori A Willner, Assistant Public Defender, Tallahassee, for Appellant.

Andrew McGinley, General Counsel, Department of Children and Families, Tallahassee; Kathi Lee Kilpatrick, Department of Children and Families, Chattahoochee; James Uthmeier, Attorney General, Tallahassee; Jacqueline Ileena Kurland, Senior Assistant Attorney General, Fort Lauderdale, for Appellee.